HUDSON COUNTY BOARD OF TAXATION, PLAINTIFF-RESPONDENT, v. CITY OF BAYONNE, ET AL., DEFENDANTS-PETITIONERS.

Mr. John Tomasin for the petitioners.

Mr. Arthur J. Sills, Mr. Stephen Skillman and Mr. Charles H. Landesman, Deputy Attorney General for the respondent.

December 10, 1968. Denied.

GARY MARK MORIN, BY HIS GUARDIAN AD LITEM, ET AL., PLAINTIFFS-PETITIONERS, v. VICTOR S. GARRA, ET AL., DEFENDANTS-RESPONDENTS.

Messrs. Balk, Jacobs, Goldberger & Mandell for the petitioners.

Messrs. Schneider & Morgan, Mr. Robert J. C. McCoid, Messrs. Shanley & Fisher and Mr. John J. Francis, Jr. for the respondents.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM C. TOBIAS, DEFENDANT-PETITIONER.

Mr. Stanley C. Van Ness, Mr. Richard Newman for the petitioner.

Mr. John G. Thevos and Mr. Archibald Kreiger for the respondent.

December 10, 1968. Denied.